# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

IN RE:

**Case No. 10-30831-KRH**

**CHARLES L. BURFORD,**
    **Debtor.**

<u>NOTICE FROM SAMUEL I. WHITE, P. C.</u>

PURSUANT TO THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT, WE ADVISE YOU THAT SAMUEL I. WHITE, P. C., COUNSEL FOR THE PLAINTIFF/MOVANT, IS A DEBT COLLECTOR, ATTEMPTING TO COLLECT THE INDEBTEDNESS REFERRED TO HEREIN, AND ANY INFORMATION WE OBTAIN FROM YOU WILL BE USED FOR THAT PURPOSE.

## <u>NOTICE OF APPEARANCE</u>

The undersigned hereby appears in these Chapter 7 Bankruptcy Proceedings as Counsel for America's Servicing Company, as servicer for US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust 2006-BC1, and requests that Samuel I. White, P. C. be placed upon the mailing list of those Creditors, parties in interest and Counsel who receive all Notices in these proceedings.

Respectfully submitted,

**SAMUEL I. WHITE, P. C.**

By: **/s/ ERIC DAVID WHITE**
    Of Counsel
    Samuel I. White, P.C.
    Eric David White, Esquire, VSBN 21346
    Michael T. Freeman, Esquire, VSBN 65460
    1804 Staples Mill Road, Suite 200
    Richmond, VA 23230
    (804) 290-4290

CERTIFICATE

I hereby certify that a true copy of the foregoing Notice was served by regular mail or email this 21st day of July, 2010 on all necessary parties including Bruce H. Matson, Esquire, Trustee, Riverfront Plaza, East Tower, 951 East Byrd Street, P. O. Box 2499, Richmond, VA 23218-2499; D. Brooke Stephenson, Esquire, Counsel for Debtor, 1330 Alverser Plaza, Midlothian, VA 23113; and Charles L. Burford, Debtor, 5201 South Jessup Road, Chesterfield, VA 23832.

**/s/ ERIC DAVID WHITE**
Samuel I. White, P. C.

Eric David White, Esquire
Counsel for Plaintiff
Samuel I. White, P. C.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
State Bar #21346
(804) 290-4290